IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                 Case No. 1:03-10090-01-T

HEATHER LEE

## ORDER TO SURRENDER

Defendant, Heather Lee, #19637-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: Lexington FMC SCP, 3301 Leestown Road, Lexington, KY 40511; 859-255-6812; no later than 12:00 Noon on, June 16, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 6 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6/6/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:03-CR-10090 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT