IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 1-03-10090-T |
| ) | |
| HEATHER MICHELLE LEE, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO REPORT TO INSTITUTION

Defendant Heather Michelle Lee pled guilty to possession with intent to distribute less than five (5) grams of methamphetamine in violation of 21 U.S.C. §941(a)(1). On May 3, 2005, she was sentenced to a term of thirteen (13) months imprisonment with the United States Bureau of Prisons. Defendant then filed a Notice of Appeal from the judgment to the Sixth Circuit, however, the Sixth Circuit has declined to review Defendant's case while motions are pending with the district court. Currently pending before the court is Defendant's motion for reconsideration of the sentence due to ex post facto consequences.[1] Defendant is scheduled to report to a facility on June 16, 2005.

Before the court is Defendant's motion for an extension of time in which to report

---

[1] Defendant argues that her motion for bond is unresolved, however, the court entered an order denying bond on May 26, 2005. Therefore, the bond issue is no longer pending before the court even though Defendant has since filed a reply.



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/13/05



to prison in order to allow the court to resolve the motion pending. For good cause shown, Defendant's motion is granted and ~~Plaintiff~~ will have thirty (30) additional days to report to a facility.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_9 June 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:03-CR-10090 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT